FILED
FEBRUARY 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1007**

BALLARD NURSING CENTER, INC.,

    *Plaintiff*,

v.

MID AMERICAN GROUP, INC. and
JOHN DOES 1-10,

    *Defendants*.

**JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

## DISCLOSURE STATEMENT OF MID AMERICAN GROUP, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.2 of Local Rules of the United States District Court for the Northern District of Illinois, Defendant Mid American Group, Inc. ("Mid American"), through its undersigned counsel, discloses and states as follows:

1. Mid American has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. Mid American has no publicly held affiliates, as that term is defined by Local Rule 3.2.

Dated: February 19, 2008

MID AMERICAN GROUP, INC.

By: /s/ *Gregory L. Stelzer*
    One of Its Attorneys

Michael K. Desmond (6208809)
Gregory L. Stelzer (6256727)
FIGLIULO & SILVERMAN, P.C.
Chicago, Illinois 60603
Telephone: (312) 251-4600
Facsimile: (312) 251-4610