**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

EDA

FILED
**FEBRUARY 19, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1007**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　　Case Number: 08 C _____

BALLARD NURSING CENTER, INC.,
　　　　　Plaintiff
v.
MID AMERICAN GROUP, INC. and JOHN DOES 1-10,
　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MID AMERICAN GROUP, INC.

**JUDGE ZAGEL**
**MAGISTRATE JUDGE MASON**

| NAME (Type or print) |
| --- |
| Gregory L. Stelzer |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Gregory L. Stelzer |
| FIRM |
| Figliulo & Silverman, P.C. |
| STREET ADDRESS |
| 10 S. La Salle St., Suite 3600 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6256727 | 312-251-4600 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐