IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALLARD NURSING CENTER, INC., | |
| *Plaintiff*, | Civil Case No. 08-1007 |
| v. | *Honorable James B. Zagel* |
| MID AMERICAN GROUP, INC. and JOHN DOES 1-10, | *Magistrate Judge Mason* |
| *Defendants*. | |

## NOTICE OF AGREED MOTION

COUNSEL PLEASE TAKE NOTICE that on Thursday, March 6, 2008, at 10:15 o'clock in the morning, or as soon thereafter as it may be heard, Defendant Mid American Group, Inc. shall appear by its undersigned counsel before the Honorable James B. Zagel, or any other judge who may be sitting in his stead, in Courtroom 2503 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present its *Agreed Motion for Enlargement of Time*, a copy of which is hereby served upon you together with this Notice.

Dated: February 20, 2008

/s/ *Gregory L. Stelzer*
Michael K. Desmond (6208809)
Gregory L. Stelzer (6256727)
FIGLIULO & SILVERMAN, P.C.
Chicago, Illinois  60603
Telephone:  (312) 251-4600
Facsimile:  (312) 251-4610

*Attorneys for Defendant*
   *Mid American Group, Inc.*