IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BALLARD NURSING CENTER, INC.,

        *Plaintiff*,

v.

MID AMERICAN GROUP, INC. and
JOHN DOES 1-10,

        *Defendants*.

Civil Case No. 08-1007

*Honorable James B. Zagel*

*Magistrate Judge Mason*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of the foregoing *Answer and Affirmative Defenses of Mid American Group, Inc.* to be served by United States Mail upon the Plaintiff pursuant to Federal Rules of Civil Procedure 5(b)(1) and 5(b)(2)(B) on March 18, 2008, by depositing into a mailbox on that date a first class postage prepaid envelope containing that document addressed to Plaintiff's counsel at the address listed below.

        /s/   *Gregory L. Stelzer*
        Gregory L. Stelzer (6256727)

Daniel A. Edelman, Esq.
Julie Clark, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South La Salle Street, 18th Floor
Chicago, Illinois  60603