IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALLARD NURSING CENTER, INC., | |
| *Plaintiff*, | Civil Case No. 08-1007 |
| v. | Honorable James B. Zagel |
| MID AMERICAN GROUP, INC. and JOHN DOES 1-10, | |
| | *Magistrate Judge Mason* |
| *Defendants*. | |

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, Defendant Mid American Group, Inc., through its undersigned counsel, hereby demands a trial by jury of any and all issues triable as of right.

Dated: March 18, 2008

MID AMERICAN GROUP, INC.

By:  /s/  *Gregory L. Stelzer*
         One of Its Attorneys

Michael K. Desmond (6208809)
Gregory L. Stelzer (6256727)
FIGLIULO & SILVERMAN, P.C.
10 South La Salle Street, Suite 3600
Chicago, Illinois  60603
Telephone:  (312) 251-4600
Facsimile:  (312) 251-4610