IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BALLARD NURSING CENTER, INC., | |
| *Plaintiff*, | Civil Case No. 08-1007 |
| v. | *Honorable James B. Zagel* |
| MID AMERICAN GROUP, INC. and JOHN DOES 1-10, | *Magistrate Judge Mason* |
| *Defendants*. | |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he caused a copy of the foregoing ***Jury Demand*** to be served by United States Mail upon the Plaintiff pursuant to Federal Rules of Civil Procedure 5(b)(1) and 5(b)(2)(B) on March 18, 2008, by depositing into a mailbox on that date a first class postage prepaid envelope containing that document addressed to Plaintiff's counsel at the address listed below.

/s/   *Gregory L. Stelzer*
Gregory L. Stelzer (6256727)

Daniel A. Edelman, Esq.
Julie Clark, Esq.
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South La Salle Street, 18th Floor
Chicago, Illinois  60603