IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BALLARD NURSING CENTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 08 C 1007 |
| | ) | |
| MID AMERICAN GROUP, INC., | ) | Judge Zagel |
| and JOHN DOES 1-10, | ) | |
| | ) | Magistrate Judge Mason |
| Defendants. | ) | |

**PLAINTIFF'S LOCAL RULE 3.2 STATEMENT**

Plaintiff, Ballard Nursing Center, Inc., is a privately held entity. It does not have any publicly held affiliates.


    /s/ Julie Clark
Julie Clark


Daniel A. Edelman
Cathleen M. Combs
Tara Goodwin
Michelle R. Teggelaar
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

## CERTIFICATE OF SERVICE

       I, Julie Clark, certify that on July 22, 2008, I caused a true and accurate copy of this notice and the document referenced therein to be served via the CM/ECF system and served electronically upon the following parties:

James R. Figliulo
jfigliulo@fslegal.com

                                            /s/ Julie Clark
                                            Julie Clark