**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ballard Nursing Center, Inc.
                              Plaintiff,

v.                                              Case No.: 1:08−cv−01007
                                                Honorable James B. Zagel

Mid American Group, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

   MINUTE entry before the Honorable James B. Zagel:Status hearing held on 7/9/2008. Proposed discovery plan is adopted by the court. Fact discovery deadline 2/1/2009. Dispositive motion deadline 6/1/2009. Status hearing set for 11/5/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.